IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTONIO DION PINKARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-21-849-C |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on December 1, 2021, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

Although Plaintiff has filed an opposition to the conclusions announced in the Report and Recommendation, he asserts no dispute with the facts or law, and merely objects to the result. The Court agrees with Judge Mitchell that sovereign immunity bars the claims and thus dismissal is appropriate.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6), and for the reasons announced therein, this civil rights complaint is dismissed. A judgment will enter accordingly.

IT IS SO ORDERED this 21st day of December 2021.

ROBIN J. CAUTHRON
United States District Judge