IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTONIO DION PINKARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  No. CIV-21-849-C ) |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Upon consideration of the civil rights complaint filed herein, the Report and Recommendation of the Magistrate Judge, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint be and the same is hereby dismissed, without prejudice.

DATED this 21st day of December 2021.

ROBIN J. CAUTHRON
United States District Judge